UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | RE:  Hector Javier Solis-Arrellano<br>      Docket Number:  0972 1:15CR00030-001<br>      **PERMISSION TO TRAVEL**<br>      **OUTSIDE THE COUNTRY** |

Your Honor:

Hector Javier Solis-Arrellano is requesting permission to travel to Tijuana, Mexico. Hector Javier Solis-Arrellano is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On February 28, 2012, Hector Javier Solis-Arrellano was sentenced for the offense(s) of 21 USC 841(b)(1)(B) – Possession With Intent to Distribute 100 Grams or More of Heroin.

**Sentence Imposed:**  37 months Bureau of Prisons, 2 years Supervised Release, $100 Special Assessment, Mandatory Drug Testing, DNA Collection. Special conditions include: Search, Drug/Alcohol Treatment, Testing, No Alcohol, Mental Health Treatment, Aftercare Co-payment, No Contact with Co-defendant, Travel Restrictions, Obtain GED Within One Year of Release (condition rescinded on May 14, 2015).

**Dates and Mode of Travel:**  July 24 through July 28, 2015, via personal vehicle, 2009 Buick Enclave, California license plate 6FRZ715.

**Purpose:**  To visit his mother, Marisol Arellano Barrera.

**RE:** **Hector Javier Solis-Arrellano**
  **Docket Number:  0972 1:15CR00030-001**
  **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Julie R. Martin

JULIE R. MARTIN
United States Probation Officer

Dated:   June 26, 2015
    Bakersfield, California
    JRM:jrm

/s/ Lonnie E. Stockton
**REVIEWED BY:**   **LONNIE E. STOCKTON**
    **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved    ☐   Disapproved

IT IS SO ORDERED.

Dated:  June 29, 2015            _____
              SENIOR  DISTRICT  JUDGE

2

REV.  06/2015
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX